AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TODD S.,

_____
*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.   1:25-CV-03176-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Pursuant to the Order at ECF No. 16, the Plaintiff's Opening Brief, ECF No. 10, is DENIED. The Commissioner's Brief,
ECF No. 14, is GRANTED.  The decision of the Commissioner is affirmed.  JUDGMENT is entered in favor of
Defendant and against Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Stanley A. Bastian _____

Date:    6/23/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*